AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Unilever Supply Chain, Inc. and Conopco, Inc. d/b/a Unilever <br> *Plaintiff* <br> v. <br> I & I Wholesale Food Inc., I & I Distributors and Igor Magidov <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. CV10-1077 <br><br> DEARIE, CH. J <br><br> REYES, M.J |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Igor Magidov
1845 82nd Street, #A4, Brooklyn, New York 11214

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   ROBERT C. HEINEMANN

Date: MAR 10 2010

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICTOF NEW YORK
-------------------------------------------------------------------X   AFFIDAVIT OF
                                                                                                                                                ATTEMPTED SERVICE
                                                                                                                                                CASE # 10 CV 1077

UNILEVER SUPPLY CHAIN, INC. and
CONOPCO, INC. d/b/a UNILEVER

                                                                           Plaintiff,

- against -

I & I WHOLESALE FOOD INC., I & I
DISTRIBUTORS and IGOR MAGIDOV
                                                    Defendant.

-------------------------------------------------------------------X
STATE OF NEW YORK    )
                                 ) ss.:
QUEENS COUNTY      )

      Shaun Jackson, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

      At 1845 82nd Street, Apt. A4, Brooklyn, NY 11214, which upon information and belief is the residence and usual place of abode of Igor Magidov, on the following dates and times, Deponent attempted to serve the within Summons, Complaint and Jury Demand, Civil Cover Sheet, Individual Motion Practices of Judge Raymond J. Dearie, Individual Practice Rules of Magistrate Judge Ramon E. Reyes, Jr. and the Case Filing Rules and Instructions upon: **I & I Wholesale Food Inc., I & I Distributors** and **Igor Magidov:**

      On Wednesday, March 10, 2010 at approximately 9:43 pm, Deponent spoke to Ena Bokesh who accepted service on behalf of Igor Magidov but stated that she was not authorized to accept service for I & I Wholesale Food Inc., and I & I Distributors. Ena Bokesh refused to give Deponent any information as to when Igor Magidov would be home.

      On Thursday, March 11, 2010 at approximately 8:30 pm, Deponent received no answer after knocking on the door and ringing the doorbell numerous times.

      On Friday, March 12, 2010 at approximately 9:40 pm, Deponent received no answer after knocking on the door and ringing the doorbell numerous times.

      On Saturday, March 13, 2010 at approximately 8:37 am, Deponent received no answer after knocking on the door and ringing the doorbell numerous times.

On Saturday, March 13, 2010 at approximately 3:00 pm, Deponent received no answer after knocking on the door and ringing the doorbell numerous times. Deponent waited for approximately 30 minutes but did not observe anyone entering or exiting said apartment.

*[signature]*
Shaun Jackson

Sworn to before me this
March 16, 2010

*[signature]*
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5063169
Qual. In Queens Cty; New York Cty
Commission Expires November 17, 20