DUANE MORRIS LLP
Gregory P. Gulia
Eric W. McCormick
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNILEVER SUPPLY CHAIN, INC. and           :
CONOPCO, INC. D/B/A UNILEVER,             :
                                          :
                         Plaintiffs,      :   Civil Action No. 10-CV-1077
                                          :   (RJD) (RER)
            -against-                     :
                                          :   ECF Case
I & I WHOLESALE FOOD INC.,                :
I & I DISTRIBUTORS and                    :
IGOR MAGIDOV,                             :
                                          :
                         Defendants.      :
----------------------------------------------------------------X

## DECLARATION OF GREGORY P. GULIA
## IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

Gregory P. Gulia, does hereby declare:

1. I am a member of the firm of Duane Morris LLP, attorneys for plaintiffs Unilever Supply Chain, Inc. and Conopco, Inc. d/b/a Unilever (collectively, "Plaintiffs"). I am admitted to practice law in the State of New York and before this Court. I am familiar with all the facts and circumstances in this action.

2. I submit this affidavit pursuant to Rule 55.2 of the Local Civil Rules for the Eastern District of New York in support of Plaintiffs' application for entry of default and for the issuance of a certificate of default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure against defendant Igor Magidov ("Defendant").

3. This action was commenced on March 10, 2010 by the filing of a summons and complaint in the United States District Court for the Eastern District of New York. A copy of the summons and complaint is attached hereto as Exhibit A.

4. The summons and complaint in this action was properly served upon Defendant Igor Magidov by delivering the summons and complaint to Mr. Magidov's home address at 1845 82nd Street, Apt. A4, Brooklyn, NY 11214, on March 10, 2010 and leaving a copy thereof with Ena Bokesh, who stated that she resided with Defendant.

5. Plaintiffs also served the summons and complaint in this action upon Defendant by mailing a true and correct copy of the summons and complaint by First Class Mail, postage prepaid, to Mr. Magidov at his home address at 1845 82nd Street, Apt. A4, Brooklyn, NY 11214, on March 17, 2010. Copies of the Affidavits of Service for Defendant are attached hereto as Exhibits B and C and were filed with the Court on May 24, 2010.

6. Upon information and belief, defendants I & I Wholesale Food Inc. and I & I Distributors are not properly incorporated under the laws of any state or district in the United States. Upon information and belief, I & I Wholesale Food Inc. and I & I Distributors are fictitious names used by Defendant.

7. More than 20 days have elapsed since the date on which service of the summons and complaint was effective.

8. As of the date of this declaration, Defendant has not answered or otherwise moved with respect to the complaint. Defendant has not made any request for an extension of time to answer or otherwise move with respect to the complaint and no such extension of time has been granted by or on behalf of Plaintiffs. Defendant Magidov has failed to appear, answer, or otherwise respond to Plaintiffs' complaint.

- 3 -

9. Defendant is not an infant, incompetent person or in the military. No prior request for this relief has been made.

WHEREFORE, Plaintiffs respectfully request that the Clerk enter default and issue a certificate of default against Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       May 24, 2010

_____
Gregory P. Gulia

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the Request for Entry of Default, Declaration of Gregory P. Gulia In Support of Entry of Default and the proposed Certificate of Default to be served by first-class mail this 24th day of May, 2010, upon the following:

> Igor Magidov
> 1845 82nd Street, Apt. A4
> Brooklyn, NY 11214

By: _[signature]_

DM2\2311524.1