# Exhibit B

Case 1:10-cv-01077-RJD -RER   Document 8-2   Filed 05/24/10   Page 1 of 4

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Unilever Supply Chain, Inc. and
Conopco, Inc. d/b/a Unilever )
)
*Plaintiff* )
v. ) Civil Action No. CV10 - 1077
I & I Wholesale Food Inc., I & I Distributors and )
Igor Magidov )
)
*Defendant* )

DEARIE, CH. J
REYES, M.J

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Igor Magidov
1845 82nd Street, #A4, Brooklyn, New York 11214

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT C. HEINEMANN
CLERK OF COURT

Date: MAR 1 0 2010

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICTOF NEW YORK
----------------------------------------------------------------X AFFIDAVIT OF SERVICE
                   CASE # 10 CV 1077
UNILEVER SUPPLY CHAIN, INC. and
CONOPCO, INC. d/b/a UNILEVER

                Plaintiff,

 - against -

I & I WHOLESALE FOOD INC., I & I
DISTRIBUTORS and IGOR MAGIDOV
              Defendant.

----------------------------------------------------------------X
STATE OF NEW YORK )
          ) ss.:
QUEENS COUNTY   )

  Shaun Jackson, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

  On March 10, 2010, at approximately 9:43 pm, at 1845 82nd Street, Apt. A4, Brooklyn, NY 11214, Deponent served the within Summons, Complaint and Jury Demand, Civil Cover Sheet, the Individual Motion Practices of Judge Raymond J. Dearie, the Individual Practice Rules of Magistrate Judge Ramon E. Reyes, Jr. and the Case Filing Rules and Instructions upon: **Igor Magidov,** by delivering to and leaving with Ena Bokesh, a true and correct copy of said documents. Ena Bokesh stated that she resides with Igor Magidov at the above address.

  Ena Bokesh is described as a white female, approximately 27-30 yrs. of age, 125-135 lbs., 5'3"-5'5" tall, with blond hair.

  Deponent also states that on March 17, 2010, Deponent served a copy of the aforementioned document upon Igor Magidov, by depositing a true and correct copy thereof, enclosed in a securely sealed, fully post paid, First Class Mail Envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed as follows:

            **Igor Magidov**
         **1845 82nd Street, Apt. A4**
          **Brooklyn, NY 11214**

Deponent further states that the envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerns an action against the addressee.

*[Signature]*
Shaun Jackson

Sworn to before me this
March 17, 2010

*[Signature]*
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5063169
Qual. In Queens Cty; New York City
Commission Expires November 17, 2013