DUANE MORRIS LLP
Gregory P. Gulia
Eric W. McCormick
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNILEVER SUPPLY CHAIN, INC. and
CONOPCO, INC. D/B/A UNILEVER,

                 Plaintiffs,

   -against-

I & I WHOLESALE FOOD INC.,
I & I DISTRIBUTORS and
IGOR MAGIDOV,

                 Defendants.
-------------------------------------------------------------X

Civil Action No. 10-CV-1077
(RJD) (RER)

ECF Case

## CLERK'S CERTIFICATE OF DEFAULT

It appearing from the records in this action that the summons and complaint have been served upon Defendant Igor Magidov, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55 of the Federal Rules of Civil Procedure, that said Defendant has failed to plead or otherwise defend this action as directed in said summons and as provided in the Federal Rules of Civil Procedure.

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Igor Magidov is hereby entered.

DATED: _____     By: _____
                                                                                       Deputy Clerk