

```
                                              FILED
                                         IN CLERK'S OFFICE
                                     U.S. DISTRICT COURT E.D.N.Y

                                       ★   JUN 02 2010   ★
```

UNITED STATES DISTRICT COURT                  BROOKLYN OFFICE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNILEVER SUPPLY CHAIN, INC. and
CONOPCO, INC. d/b/a UNILEVER,

        Plaintiffs,      CLERK'S NOTATION
                  OF DEFAULT
                  10-CV- 1077 (RJD)

-against-

I & I WHOLESALE FOOD INC., I & I
DISTRIBUTORS and IGOR MAGIDOV,

        Defendants.
-----------------------------------------------------------------X

   I, Robert C. Heinemann, Clerk of the Court for the United States District Court for the Eastern District of New York, do hereby certify that the Affidavit of Service in the above-entitled action indicates that defendant, **IGOR MAGIDOV,** was served with a copy of the Summons and Complaint on March 10, 2010, by delivering a copy of the Summons and Complaint to Ena Bokesh, a person of suitable age and discretion. Ena Bokesh stated that she resides with the defendant at 1845 82nd Street, Apt. A4, Brooklyn, NY 11214. That on March 17, 2010, the Process Server completed service by mailing a copy of the Summons and Complaint to the defendant's last known mailing address at 1845 82nd Street, Apt. A4, Brooklyn, NY 11214.

   I further certify that a review of the court file and docket entries indicates that defendant, **IGOR MAGIDOV,** has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The default of defendant, **IGOR MAGIDOV**, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      June 2nd, 2010

ROBERT C. HEINEMANN
CLERK OF COURT

By: _Janet Hamilton_
Deputy Clerk