# SUPPLEMENTAL DECLARATION OF CHRISTOPHER HUFF IN FURTHER SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY BY DEFAULT JUDGMENT BY THE COURT

## FILED UNDER SEAL